1804.

Tuesday,
September
11th.

PETRY *against* BEAUVARLET.

IN this case upon the motion of *Milnor*, a rule was granted
upon the sheriff of *Bucks* county to bring into this court cer-
tain costs which he had retained out of the money raised by
execution upon the defendant's lands.

Upon the return of the rule it appeared that with the money
so raised the sheriff had paid off several judgments and a mort-
gage upon the premises sold, which being prior to the judgment
in this case were entitled to prior satisfaction; and that he had
charged a poundage upon the different sums so paid, which was
the money brought into court, instead of confining himself to
the real debt in *Petry's* execution.

*Milnor* cited the act establishing an explicit Fee Bill which
limits the poundage of the sheriff for selling lands levied on,
and expressly orders " that no poundage shall be paid for more
" than the real debt in the execution." 3 *St. Laws.* 782. But

*If the sheriff with the money raised by an execution upon land pays off mortgages or judgments which had a prior lien to the judgment under which the sale was made, he is entitled to poundage upon the amount so paid though it exceed the real debt in the execution.*

Per CURIAM. The construction of that clause has uniformly
allowed to the sheriff a poundage upon the payment of all prior
judgments and mortgages. He must therefore take his costs.